# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3916
_____

MARGARET S. FLOOD,

 Appellant,

 v.

LABORDE CONSTRUCTION, LLC, a
Florida Limited Liability
Company and RAY A. LABORDE,
an individual,

 Appellees.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 29, 2022

PER CURIAM.

 AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David H. Willis and Jonathan B. B. Lucas of Willis Lucas Law Group, P.A., Jacksonville Beach, for Appellant.

Thomas J. Tollefsen of Tritt & Associates, P.A., Jacksonville, for Appellees.